James S. Watson, Respondent, v. Walter A. Parce, Appellant, Impleaded with Frank C. Helm.— Judgment and order affirmed, with costs. No opinion.

Joseph Ohmann, Appellant, v. Morning Journal Association, Respondent.— Order affirmed, with costs. No opinion. (Laughlin and Scott, JJ., dissented on the ground that the verdict is inadequate.)

Maria Sendtner, Respondent, v. Austro-Americana Steamship Company, Limited, Appellant.— Judgment and order affirmed, with costs. No opinion.

Annie Maroney, as Administratrix, etc., of Margarette Maroney, Deceased, Respondent, v. New York Transportation Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Conrad B. Slater, Jr., Respondent, v. American Palace Car Company, Appellant.— Appeal dismissed.

In the Matter of Albert E. Walker, Appellant, for a Writ of Mandamus against William F. Schneider, Clerk of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lazzari & Barton Company, Plaintiff, v. Effingham I. Walgrove, Appellant, Impleaded with George R. Walgrove, Respondent, and Others. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Leonard A. Snitkin.— See memorandum per curiam. ·

In the Matter of Horace Barnard.— Reference ordered to official referee. Order to be settled on notice.

The People of the State of New York v. Michael Bernard.— Motion to dismiss appeal granted.

The People of the State of New York v. Alice Davis.— Motion to dismiss appeal granted.

The People of the State of New York v. Dennis Driscoll.— Motion to dismiss appeal granted.

The People of the State of New York v. Leon Jung.— Motion to dismiss appeal granted.

The People of the State of New York v. Amato Santaniello.— Motion to dismiss appeal granted.

Patrick Ryan v. Cornelius J. Sullivan.— Motion to dismiss appeal granted, with ten dollars costs.

Edward L. Mayer, as Administrator, etc., v. Isaac Harris and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Christina Sherman v. Frederick W. Sherman.— Motion to dismiss appeal granted, with ten dollars costs.

Margaret Roche v. John Gerken.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.